UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:13-MJ-1649

FILED
JUL 1 0 2013
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY ___VM___ DEP CLK

UNITED STATES OF AMERICA )
)
V. )
) CRIMINAL INFORMATION
BROWN, JESSICA L. )
)

Defendant:

The United States Attorney charges:

## COUNT ONE

THAT, on or about February 12, 2013, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, BROWN, JESSICA L., did take, with intent to steal and purloin, property belonging to the United States Government, of a value less than $1,000.00, to wit: Calvin Klein T-Shirt, in violation of Title 18, United States Code, Section 641.

THOMAS G. WALKER
UNITED STATES ATTORNEY

BY: _____
YOLANDA MCCRAY JONES
Special Assistant United
States Attorney
XVIII Airborne Corps & Ft Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222